```
                                                        FILED
                                                        June 9, 2005
         UNITED STATES DISTRICT COURT FOR THE           CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA                     CALIFORNIA
                                                           DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )    Case No. MAG. S-05-0159-PAN
            Plaintiff,          )
                                )
v.                              )    ORDER FOR RELEASE OF
                                )    PERSON IN CUSTODY
JEFFREY KEEFOVER,               )
                                )
            Defendant.          )
_____)

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JEFFREY KEEFOVER__

Case No. __MAG.S-05-0159-PAN__, Charge __Making a Firearm__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other)   __Pretrial Services Supervision; Other Special Conditions__

Issued at __Sacramento, CA__ on __June 9, 2005__ at __2:31 p.m.__.

By  /s/ Peter A. Nowinski
   _____
   Peter A. Nowinski,
   United States Magistrate Judge