FRED N. DAWSON
Attorney at Law
Ca. St. Bar No. 43306
P.O. Box 400
Fair Oaks, CA 95628
Telephone: (916) 498-1300

Attorney for Defendant
JEFFERY KEEFOVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. CR.S-05-249 DFL |
|                               ) | |
|           Plaintiff,          ) | |
|                               ) | |
|    v.                         ) | STIPULATION AND ORDER |
|                               ) | TO CONTINUE DATE TO SURRENDER |
| JEFFERY KEEFOVER,             ) | FOR SERVICE OF SENTENCE |
|                               ) | |
|           Defendant.          ) | |
| _____ ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Richard J. Bender, Assistant United States Attorney, together with counsel for defendant, Fred N. Dawson, that the previously set surrender date of March 30, 2006 be continued to April 13, 2006.

    This continuance is requested to allow the defendant the opportunity to surrender to a designated institution rather than to the Sacramento United States Marshal's Office.  The defendant has not been designated to an institution for service of sentence and as of March 29, 2006 the Sacramento United States Marshal's Office had not received designation information from the Bureau of Prisons.  The delay has probably been caused by the defendant's various medical conditions which complicate the

1

1  designation process.

2  IT IS SO STIPULATED.

3  Dated: March 29, 2006                s/Fred N. Dawson
                                        FRED N. DAWSON
4                                       Attorney for Defendant
                                        Jeffery Keefover

7  Dated: October 3, 2005               McGREGOR W. SCOTT
                                        United States Attorney

9                                    by:  s/Richard J. Bender[1]
                                        RICHARD J. BENDER
10                                      Assistant U.S. Attorney

---

[1] Fred N. Dawson has obtained authorization to sign on behalf of Richard J. Bender

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the March 30, 2006 surrender date be continued to April 13, 2006 in order to allow the defendant the opportunity to surrender to a designated institution.

Dated: 3/29/2006

_____
DAVID F. LEVI
United States District Judge